| 1. Person Reporting (last name, first, middle initial) TRAXLER, Jr., William B | 2. Court or Organization U.S.C.A. Fourth Circuit | 3. Date of Report 05/4/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address P. O. Box 10127 Greenville, SC 29603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -8 A 9: 18 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of S.C. Circuit Judge Retirement benefit | $ 64,595 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Greenville TEC - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Wake Forest University School of Law | Nov. 17-18 Winston-Salem, NC -- Judge for Stanley Moot Court Competition Finals (mileage, hotel, and meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Greenville County, S.C. | | None | L | S | | | | | |
| 2. (2) Leon County, Fla. | | None | M | W | | | | | |
| 3. (3) Leon County, Fla., 1/5 interest | | None | K | W | | | | | |
| 4. Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 5. American Landlease stock (common) | A | Dividend | J | T | | | | | |
| 6. EACO Corp. (f/k/a ███████ Steakhouses of Fla.) stock (common) | | None | | | Sell | 10/13 | J | A | |
| 7. EACO Corp. (f/k/a ███████ Steakhouses of Fla.) stock (common) | | None | | | Sell | 11/2 | J | A | |
| 8. Palmetto Bank | C | Interest | K | T | | | | | |
| 9. Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 10. Wendy's International, Inc. stock (common) | A | Dividend | J | T | | | | | |
| 11. Motorola stock (common) | A | Dividend | J | T | | | | | |
| 12. McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 13. Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 14. RPM stock (common) | A | Dividend | J | T | | | | | |
| 15. Sun Trust stock (common)` | A | Dividend | J | T | | | | | |
| 16. Trust #1 | E | Distribution | L | T | | | | | |
| 17. --Wachovia National Bank accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Greenville County, SC | | | | | | | | | |
| 19.   --Putnam Tax Free mutual fund | | | | | | | | | |
| 20.   --Regions Bank stock (common) | | | | | Distr. | 1/10 | J | A | |
| 21.   --SCANA stock (common) | | | | | | | | | |
| 22.   --Solutia stock (common) | | | | | | | | | |
| 23.   --Wachovia National Bank stock (common) | | | | | Distr. | 1/10 | J | A | |
| 24.   --American Landlease stock (common) | | | | | | | | | |
| 25.   --Pfizer stock (common) | | | | | | | | | |
| 26.   --UBS Bank USA | | | | | | | | | |
| 27.   --Wachovia National Bank stock (preferred) | | | | | | | | | |
| 28.   --Monsanto stock (common) | | | | | | | | | |
| 29.   --Carolina First Bank accounts | | | | | | | | | |
| 30.   Carolina First Bank accounts | B | Interest | K | T | | | | | |
| 31.   Vanguard Growth & Income Portolio | A | Dividend | J | T | | | | | |
| 32.   Growth Fund of America IRA | A | Dividend | K | T | | | | | |
| 33.   New Perspective Fund IRA | B | Dividend | K | T | | | | | |
| 34.   First Citizens Bank accounts | E | Interest | N | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric stock (common) | A | Dividend | J | T | | | | | |
| 36. AMEX SPDR Index stock (common) | A | Dividend | J | T | | | | | |
| 37. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 38. --Silicon Graphics stock (common) | | | | | | | | | |
| 39. --MIPS Technologies stock (common) | | | | | | | | | |
| 40. --Honeywell stock (common) | | | | | | | | | |
| 41. --Applied Materials stock (common) | | | | | | | | | |
| 42. --Texas Instrument stock (common) | | | | | | | | | |
| 43. Greenville First Bank accounts | B | Interest | L | T | | | | | |
| 44. Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 45. BB&T stock (common) | A | Dividend | J | T | | | | | |
| 46. Affinity Technologies Group stock (common) | | None | J | T | | | | | |
| 47. Wachovia stock (common) | B | Dividend | L | T | Distrib. | 1/10 | J | | |
| 48. Microsoft stock (common) | A | Dividend | J | T | | | | | |
| 49. Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 50. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 51. South Financial stock (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Liberty Life -- whole life insurance policies | A | Interest | J | T | | | | | |
| 53. Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 54. Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 55. Grand South Bank account | B | Interest | | | Close | 7/26 | M | A | |
| 56. Freescale Semiconductor stock (common) | | None | | | Sell | 12/1 | J | A | |
| 57. Conagra stock (common) | A | Dividend | J | T | | | | | |
| 58. Piedmont Natural Gas stock (common) | | None | J | T | Buy | 12/6 | J | | |
| 59. Regions Financial Corp. stock (common) | A | Dividend | J | T | Distrib. | 1/10 | J | | |
| 60. Jefferson County, Florida 1/4 interest (X) | | None | N | T | | | | | |
| 61. South Carolina Bank & Trust accounts | C | Interest | M | T | Open | 1/5 | L | | |
| 62. Independence Bank account | C | Interest | M | T | Open | 4/1 | M | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Parts II and III.A.1-- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

In Part VII, #1--Greenville County, SC, total taxable value is

In Part VII, #16--I receive a proportionate distribution of income and corpus annually.

In Part VII, #47--This is the same stock whose distribution from a trust is reflected in #23.

In Part VII, #59--This is the same stock whose distribution from a trust is reflected in #20.

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/4/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_ 5/4/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544